**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-00024 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| KATIE MARIE DAY<br>a/k/a KATIE MARIE GUYEWSKI | MAGISTRATE JUDGE KAREN HAYES |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS ORDERED** that the District Court accepts the guilty plea of the Defendant Katie Marie Day and adjudges her guilty of the offense charged in Count One of the indictment against her.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 5th day of March 2018.


_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT